# United States District Court

<u>EASTERN</u> District of <u>CALIFORNIA</u>



**FILED**
Jul 21, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Seizure of<br>(*Briefly describe the property to be seized*)<br><br>All funds maintained at Bank of America account number 355006147586, held in the name of Jeanie Rae Edgman up to and including the sum of $74,464. | **APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**<br><br>CASE NUMBER:   2:21-sw-0598 DB |

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the Eastern District of <u>CALIFORNIA</u> is subject to forfeiture to the United States of America (*describe the property*):

All funds maintained at Bank of America account number 355006147586, held in the name of Jeanie Rae Edgman up to and including the sum of $74,464.

The property is subject to seizure pursuant to 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), concerning violations of 18 U.S.C. §§ 641 and 1028.

The application is based on these facts:

> **See attached affidavit.**

☒ Continued on the attached sheet.

/s/ Christopher S. Fitzpatrick
*Applicant's signature*

<u>Christopher S. Fitzpatrick , Special Agent, IRS-CI</u>
*Printed name and title*

Sworn to before me and signed telephonically.

July 21, 2021
Date

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Sacramento, California
City and State

**AFFIDAVIT IN SUPPORT OF SEIZURE WARRANTS**

## I. INTRODUCTION

1. I, Christopher S. Fitzpatrick, a Special Agent with the United States Department of Treasury, Internal Revenue Service, Criminal Investigations ("IRS-CI"), being duly sworn depose and state the following:

2. This affidavit is made in support of a seizure warrants pursuant to Title 18, U.S.C. § 981(b) for certain property described below in this paragraph (hereinafter the property is collectively referred to as the "Assets").  Based on the information set forth below, I have probable cause to believe that the Assets are property, real or personal, which constitute or are derived from the proceeds traceable to Title 18, U.S.C. § 1028 (Identity Theft), and Title 18, U.S.C. § 641 (Theft of Government Property).  The Assets are therefore subject to civil forfeiture pursuant to Title 18, U.S.C. § 981(a)(1)(C).  The Assets consists of:

> **All funds maintained in Bank of America Account Number XXXXXXX23145 (checking account), held in the name of J.E., up to and including the sum of $561,361; and**
>
> **All funds maintained in Bank of America Account Number XXXXXXX47586 (savings account), held in the name of J.E., up to and including the sum of $74,464.**

3. I am a Special Agent with the Treasury Department, Internal Revenue Service - Criminal Investigation ("IRS-CI") and have been since September 2001.  In the course of my employment with the IRS-CI, I have conducted or been involved in more than 100 investigations of alleged criminal violations, which have included bank fraud, identity theft, tax fraud, and theft of government property.  I have attended training in criminal investigations and have attended classes and seminars dealing specifically with the aforementioned criminal violations, including financial crime techniques, and related financial investigative techniques. I have participated in federal and state search warrants involving the seizure of property related to the aforementioned criminal violations.

4. Based on my training and experience, I am aware that a romance scheme is when a criminal adopts a fake online identity to gain a victim's affection and trust.  The criminal then uses the illusion of a romantic or close relationship to manipulate and/or steal from the victim often times inducing the victim to send them money or to receive money on behalf of the criminal.

5. The facts and information contained in this affidavit are based on, among other things, my knowledge and observations, my training and experience, evidence obtained from the Internal Revenue Service ("IRS") and Bank of America, and information from witnesses.

6.     This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Except where otherwise indicated, communications are reproduced in summary and in part.  Where dates, figures, times, and/or calculations are set forth in this affidavit, they are approximate, unless noted otherwise.

## II.  PROBABLE CAUSE

**Victims C.T. and D.T.**

7.     According to IRS records, on May 11, 2015, a 2014 Form 1040 U.S. Individual Income Tax Return was electronically filed with the IRS.  The tax return was filed married filing jointly in the names of C.T. and D.T..  The tax return requested a refund in the amount of $11,361.  As a result of the filed tax return, on June 3, 2015, the IRS issued a tax return in the amount of $561,361.[1]  The tax refund was electronically deposited into Bank of America account number XXXXXXX23145 (checking account), held in the name of J.E..

8.     According to IRS records, on June 12, 2015, the IRS received a Form 14039 – Identity Theft Affidavit from C.T.'s Certified Public Account.  The affidavit alleged that someone fraudulently used C.T.'s & D.T.'s names and social security numbers and filed a 2014 tax return in their names without their consent or knowledge.

**Victims J.C. and A.C.**

9.     According to IRS records, on May 13, 2015, a 2014 Form 1040 U.S. Individual Income Tax Return was electronically filed with the IRS.  The tax return was filed married filing jointly in the name of J.C. and A.C..  The tax return requested a refund in the amount of $52,464.  As a result of the filed tax return, on June 3, 2015, the IRS issued a tax return in the amount of $74,464.[2]  The tax refund was electronically deposited into Bank of America account number XXXXXXX47586 (savings account), held in the name of J.E.

10.    According to IRS records, on June 20, 2015, the IRS received a Form 14039 – Identity Theft Affidavit from J.C..  The affidavit alleged that someone fraudulently used C.T.'s social security number and filed a 2014 tax return in his name without his consent or knowledge.

**Interview of J.E.**

11.    On December 17, 2015, special agents with the IRS-CI interviewed J.E..  J.E.

---

[1] Due to estimated tax payments totaling $550,000 that were made to the IRS by C.T. and D.T. during the 2014 tax year, the tax refund issued by the IRS increased from $11,361 to $561,361.
[2] Due to estimated tax payments totaling $22,000 that were made to the IRS by J.C. and A.C. during the 2014 tax year, the tax refund issued by the IRS increased from $52,464 to $74,464.

stated that she met a person named Ronaland Pliner Scott on a dating website in March 2014.  Scott told J.E. that he worked for the Central Intelligence Agency and lived in Scottland.  Based on my training and experience investigating romance schemes, criminals will use unwitting money-mules to receive and distribute fraud proceeds obtained from tax refund schemes and other schemes.  Furthermore, romance scheme victims are often utilized to add a layer with the criminal perpetrating the fraud and because the victims have bank accounts located in the United States to receive fraud proceeds from government agencies and other sources.

**Interview of Bank of America Employee**

12.     On July 19, 2021, a special agent with the IRS-CI interviewed a Bank of America employee regarding the IRS payment of $561,361 that was electronically deposited into Bank of America account number XXXXXXX23145 (checking account), held in the name of J.E. and the IRS payment of  $74,464 that was electronically deposited into Bank of America account number XXXXXXX47586 (savings account), held in the name of J.E..  The Bank of America employee stated the funds from the two IRS electronic deposits were moved to a Bank of America hold harmless account with a balance of $511,216.09

### III.  **CONCLUSION**

13.     Based upon the events outlined in this Affidavit and my training and experience, there is probable cause to believe that an unknown individual or unknown individuals electronically filled a 2014 Form 1040 U.S. Individual Income Tax Return with the IRS in the names and social security numbers of C.T. and D.T. without their consent or knowledge.  Furthermore, there is probable cause to believe that an unknown individual or unknown individuals electronically filed a 2014 Form 1040 U.S. Individual Income Tax Return with the IRS in the names and social security numbers of J.C. and A.C..  As a result of this fraudulent tax returns, IRS refunds were electronically deposited into two Bank of America accounts controlled by romance scheme victim J.E..

///

///

///

///

///

///

14.     Based on the investigation to date and my training and experience, there is probable cause to issue seizure warrants against the following property as proceeds from a scheme to defraud by identity theft and theft of government property:

**All funds maintained in Bank of America Account Number XXXXXXX23145 (checking account), held in the name of J.E., up to and including the sum of $561,361; and**

**All funds maintained in Bank of America Account Number XXXXXXX47586 (savings account), held in the name of J.E., up to and including the sum of $74,464.**

          /s/ Christopher S. Fitzpatrick
          Christopher S Fitzpatrick
          Special Agent, IRS-CI

Reviewed and approved as to form

/s/ Kevin C. Khasigian
Kevin C. Khasigian
Assistant U.S. Attorney

Sworn before me and signed telephonically
on this 21st day of July 2021.

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

4

# United States District Court

**EASTERN** District of **CALIFORNIA**

| | |
|---|---|
| In the Matter of the Seizure of<br>(*Briefly describe the property to be seized*) | **WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE** |
| All funds maintained at Bank of America account number 355006147586, held in the name of Jeanie Rae Edgman up to and including the sum of $74,464. | CASE NUMBER: 2:21-sw-0598 DB |

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Eastern District of <u>CALIFORNIA</u> be seized as being subject to forfeiture to the United States of America. The property is described as follows:

**All funds maintained at Bank of America account number 355006147586, held in the name of Jeanie Rae Edgman up to and including the sum of $74,464.**

The property is subject to seizure pursuant to 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property within 14 days in the daytime 6:00 a.m. to 10:00 p.m. You must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to <u>DEBORAH BARNES</u> or <u>Any U.S. Magistrate in the Eastern District of California</u>.

July 21, 2021 1:37 p.m.
Date and Time Issued

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Sacramento, California
City and State

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| RETURN | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Subscribed, sworn to, and returned before me this date.

_____     _____
U.S. Judge or Magistrate                                                              Date